# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/12/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 04-00617BMK

CASE NAME:        Jargeline S. Morris v. Jo Anne B. Barnhart

ATTYS FOR PLA:    Carl M. Varady

ATTYS FOR DEFT:   Michael Burke

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | No record |
| DATE: | 1/12/2006 | TIME: | 9:30 - 10 |

COURT ACTION:  EP: Status/Settlement Conference Re Plaintiff Jargeline S. Morris' Application for Attorney's Fees - parties working on settlement. Parties to update court by 1-18-06.

Submitted by Richlyn Young, Courtroom Manager