EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

R. MICHAEL BURKE   1902
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: Mike.Burke@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JARGELINE S. MORRIS, | ) | CIVIL NO. 04-00517 ACK-BMK |
| | ) | |
| Plaintiff, | ) | FEDERAL DEFENDANTS' STATEMENT |
| | ) | OF NO OPPOSITION ON REPORT OF |
| vs. | ) | SPECIAL MASTERS BY MAGISTRATE |
| | ) | JUDGE BARRY M. KURREN FILED |
| JO ANNE B. BARNHART, | ) | MARCH 28, 2006; CERTIFICATE OF |
| Commissioner of Social | ) | SERVICE |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

FEDERAL DEFENDANTS' STATEMENT OF NO OPPOSITION ON
REPORT OF SPECIAL MASTERS BY MAGISTRATE JUDGE BARRY M. KURREN
<u>FILED MARCH 28, 2006</u>

Comes now Federal Defendant JO ANNE B. BARNHART, Commissioner of Social Security, by through its undersigned attorneys, pursuant to Local Rule 7.4 of the United States District Court for the District of Hawaii, states that

they do not oppose Report of Special Master by Magistrate Judge Barry M. Kurren filed March 28, 2006.

   DATED: March 28, 2006, at Honolulu, Hawaii.

          EDWARD H. KUBO, JR.
          UNITED STATES ATTORNEY
          DISTRICT OF HAWAII

          /s/ R. Michael Burke

          By _____
           R. MICHAEL BURKE
           Assistant U.S. Attorney

          Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JARGELINE S. MORRIS, ) | CIVIL NO. 04-00517 ACK-BMK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last know addresses:

Served by First-Class Mail:

Carl M. Varady, Esq.          March 28, 2006
American Savings Bank Tower
1001 Bishop Street
Suite 2870
Honolulu, HI  96813

Attorney for Plaintiff
Jargeline S. Morris

DATED: March 28, 2006, at Honolulu, Hawaii.

/s/ Myra Y. Peterson
_____