IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| Jargeline S. Morris, | ) | CV 04-00517 ACK-BMK |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Jo Anne B. Barnhart | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant(s). | ) | |

_____

ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on March 28, 2006 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the Report of Special Master is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 21, 2006.



_____
Alan C. Kay
Sr. United States District Judge

cc: all parties of record